10-2990-ag
Rosario-Bencosme v. Holder

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of June, two thousand eleven.

PRESENT: DENNIS JACOBS,
<u>Chief Judge</u>,
DEBRA ANN LIVINGSTON,
<u>Circuit Judge</u>,
JED S. RAKOFF,
<u>District Judge</u>.[*]

- - - - - - - - - - - - - - - - - - - - - -X
EUCLIDES RAFAEL ROSARIO-BENCOSME,
<u>Petitioner</u>,

-v.-                                      10-2990-ag

ERIC H. HOLDER, JR., United States
Attorney General,
<u>Respondent</u>.
- - - - - - - - - - - - - - - - - - - - - -X

FOR PETITIONER:          AMANDA E. GRAY (David K. S. Kim,
                         Jules E. Coven, Kerry W. Bretz, *on
                         the brief*), Bretz & Coven, LLP, New
                         York, N.Y.

---

[*] The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

**FOR RESPONDENT:**     ANDREW C. BRINKMAN, Trial Attorney, (Tony West, Assistant Attorney General, Ernesto H. Molina, Jr., Assistant Director, *on the brief*), United States Department of Justice, Civil Division, Office of Immigration Litigation, Washington, D.C.

**UPON DUE CONSIDERATION** of this petition for review of a Board of Immigration Appeals decision, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the petition for review is **DISMISSED**.

Euclides Rafael Rosario-Bencosme, a native and citizen of the Dominican Republic, petitions for review of a June 25, 2010 order of the Board of Immigration Appeals ("BIA"), affirming a decision of an immigration judge finding him removable as an aggravated felon pursuant to subsections M and U of section 101(a)(43) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101(a)(43)(M), (U). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Although we lack jurisdiction to review final agency orders of removal based on an alien's conviction of an aggravated felony, "we are permitted to review questions of law," including whether a specific conviction constitutes an aggravated felony. Blake v. Gonzales, 481 F.3d 152, 155-56 (2d Cir. 2007) (internal quotation marks omitted). We review de novo questions of law. Id. at 156.

Rosario-Bencosme pleaded guilty to conspiracy to defraud the United States "by acquiring, possessing, using, and redeeming approximately $5,600,000 worth of [United States Department of Agriculture] food stamp coupons in a manner contrary to [law]." J.A. at 100-01. Rosario-Bencosme was ordered to pay $5,600,000 in restitution.

Under the INA, "an offense that . . . involves fraud or deceit in which the loss to the victim . . . exceeds $10,000" constitutes an aggravated felony. 8 U.S.C. § 1101(M)(i). There is "nothing unfair" about the BIA's determination that the government satisfied its burden of demonstrating the requisite loss by clear and convincing

evidence when it presented the criminal information and restitution order, and Rosario-Bencosme did not present any conflicting evidence.  <u>Nijhawan v. Holder</u>, 129 S. Ct. 2294, 2303 (2009).

Finding no merit in Rosario-Bencosme's remaining arguments, we hereby **DISMISS** the petition for review.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK